**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:
LEL CARIBE, LLC

Debtor.

Chapter 7
Case No. 14-11262/MFW

## ORDER OF DISTRIBUTION

*AND NOW*, <u>Alfred T. Giuliano, Trustee</u>, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within fourteen (14) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.