UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: | Chapter 7
LEL CARIBE, LLC |
| Case No. 14-11262/MFW
Debtor. |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW,* upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $13,645.82 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $49.36 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.