# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: LEL CARIBE, LLC | § Case No. 14-11262-MFW |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Alfred T. Giuliano, Trustee (DE)</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00PM on 11/09/2022 in Courtroom 4, United States Courthouse, 824 North Market Street, 5th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 10/04/2022 | By: /s/ Alfred T. Giuliano |
| | Trustee |

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: LEL CARIBE, LLC | § | Case No. 14-11262-MFW |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 207,916.46 |
| *and approved disbursements of* | $ | 186,230.94 |
| *leaving a balance on hand of* [1] | $ | 21,685.52 |
| **Balance on hand:** | $ | 21,685.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16 | Maria Arbelaez | 300,000.00 | 0.00 | 0.00 | 0.00 |
| 18 | PNC Business Credit | 9,734,392.27 | 9,734,392.27 | 7,332.12 | 0.00 |
| 19 | Arch Insurance Company | 0.00 | 0.00 | 0.00 | 0.00 |
| 23S | The Tranzonic Companies, Inc. | 158,248.69 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 21,685.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 13,645.82 | 0.00 | 13,645.82 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 49.36 | 0.00 | 49.36 |
| Attorney for Trustee, Fees - Pachulski Stang Ziehl & Jones LLP | 126,770.91 | 122,154.94 | 4,615.97 |
| Attorney for Trustee, Expenses - Pachulski Stang Ziehl & Jones LLP | 8,494.02 | 7,937.65 | 556.37 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., | 39,444.75 | 38,092.09 | 1,352.66 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| LLC | | | |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 359.36 | 341.35 | 18.01 |
| Other Fees: JNR Adjustment Company, Inc. | 2,204.12 | 2,204.12 | 0.00 |
| Other Expenses: Arch Insurance Company | 0.00 | 0.00 | 0.00 |
| Other Expenses: Brett Bell | 742.50 | 742.50 | 0.00 |
| Other Expenses: International Sureties, Ltd | 303.04 | 303.04 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 20,238.19
Remaining balance: $ 1,447.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,447.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,148.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Whoops Transport, Inc. | 13,212.00 | 0.00 | 1,447.33 |
| 25P | Florida Department of Revenue | 936.61 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 1,447.33
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 4,241,108.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Horizon Lines LLC | 675,448.12 | 0.00 | 0.00 |
| 3 | Horizon Lines LLC | 1,312,157.85 | 0.00 | 0.00 |
| 4 | Transcaribbean Cargo Corp. | 27,895.44 | 0.00 | 0.00 |
| 5 | Marine Express, Inc. | 24,014.80 | 0.00 | 0.00 |
| 6 | Priority Ro-Ro Services, Inc. | 40,078.00 | 0.00 | 0.00 |
| 7 | Loxia | 13,303.25 | 0.00 | 0.00 |
| 8 | Regional Industries, LLC | 1,263.97 | 0.00 | 0.00 |
| 9 | APB Transportation, Inc. | 646.50 | 0.00 | 0.00 |
| 10 | Crowley Puerto Rico Services Inc. | 45,538.00 | 0.00 | 0.00 |
| 11 | Crowley Puerto Rico Services Inc. | 55,131.00 | 0.00 | 0.00 |
| 12 | Aqua Gulf Xpress | 2,701.34 | 0.00 | 0.00 |
| 13 | Tyco Integrated Security | 122.97 | 0.00 | 0.00 |
| 14 | Tyco Integrated Security | 4,557.02 | 0.00 | 0.00 |
| 15 | Sea Star Line, LLC | 3,517.00 | 0.00 | 0.00 |
| 16 | Maria Arbelaez | 300,000.00 | 0.00 | 0.00 |
| 17 | A. G. Express | 23,380.00 | 0.00 | 0.00 |
| 19 | Arch Insurance Company | 0.00 | 0.00 | 0.00 |
| 20 | D2 Logistics, Inc. | 10,025.00 | 0.00 | 0.00 |
| 21 | Ponce de Len Hospitality Corp. | 152,278.00 | 0.00 | 0.00 |
| 22 | H. I. Mayagez, Inc. | 456,016.56 | 0.00 | 0.00 |
| 23U | The Tranzonic Companies, Inc. | 1,093,033.24 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 21,552.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | Solivan Racing Logistics, Inc. | 21,552.50 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,225.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25U | Florida Department of Revenue | 2,225.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Alfred T. Giuliano, Trustee (DE)
Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**