**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LEL CARIBE, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 14-11262 (MFW)<br>(Jointly Administered) |

### CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S FINAL REPORT (TFR) AND APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Trustee's Final Report (TFR) and Application for Trustee's Compensation and Expenses* (the "Report and Application") [Docket No. 16 filed on October 4, 2022. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Report and Application appear thereon. Pursuant to the *Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)* [Docket No. 17], objections to the Report and Application were to be filed and served no later than October 25, 2022.

Accordingly, it is hereby respectfully requested that the proposed *Order of Distribution* attached hereto as **Exhibit A** and proposed *Order Awarding Trustee's Compensation and Expenses* attached hereto as **Exhibit B** be entered at the Court's convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104). The Debtors' address is 2098 West Chester Pike, Broomall, PA 19008.

DOCS_DE:241269.1 31266/001

Dated: November 3, 2022

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Peter J. Keane*
        Bradford J. Sandler (DE Bar No. 4142)
        Michael R. Seidl (DE Bar No. 3889)
        Jason S. Pomerantz (CA Bar No. 157216)
        Peter J. Keane (DE Bar No. 5503)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE  19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400
        E-mail:   bsandler@pszjlaw.com
                      mseidl@pszjlaw.com
                      jspomerantz@pszjlaw.com
                      pkeane@pszjlaw.com

        Counsel to Alfred T. Giuliano, Chapter 7 Trustee