**EXHIBIT B**

DOCS_DE:241269.1 31266/001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>LEL CARIBE, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 14-11262/MFW<br><br>**Re: Docket No. 16** |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

*AND NOW,* upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is *ORDERED*, that the sum of $13,645.82 is reasonable compensation for the services in this case by Alfred T. Giuliano, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $49.36 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.